AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Omar Aamer, et al. (see list of plaintiffs attached)<br><br>*Plaintiff(s)*<br>v.<br>Eden Gallery Group Ltd., Cathia Klimovsky, Guy Martinovsky, Gal Yosef, and Cetra Art Corporation<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-7678 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Guy Martinovsky
437 Madison Avenue,
New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Wolf Popper LLP
845 Third Avenue
12th Floor
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/10/2024      /s/ P. Canales

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                            _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

Summons Supplement – Full List of Plaintiffs

PLAINTIFFS

1. Omar Aamer (Amersfoort, Netherlands)
2. Tekla Balfour-Browne (London, United Kingdom)
3. Görkem Beşler (Istanbul, Turkey)
4. Hermann Brönner (Wilderness, South Africa)
5. Kevin Burns (Denia, Spain),
6. Craig Carter (Spearfish, South Dakota),
7. Kashish Chabak (Antwerp, Belgium)
8. Fabio Colbrelli (Frauenfeld, Switzerland)
9. Ashton Darsan (Rotterdam, Netherlands)
10. Michael Elyav (Vienna, Austria)
11. Sagi Franko (Yehud, Israel)
12. Igor Gransky (London, United Kingdom)
13. Frenando M. Henriques (Bobadela LRS, Portugal)
14. Maximo Hoever (Bergen, North Holland, Netherlands)
15. Troy Holmes (Torquay, Australia)
16. Saar Israeli (Ramat Gan, Israel)
17. Edmond Kearney (Gorey, Ireland)
18. Emoke Ivett Kepiro (London, United Kingdom)
19. Edlyn Maldonado (Manati, Puerto Rico)
20. Sandra Margarint (Rotterdam, Netherlands)
21. Haig Matian (Laval, Canada)
22. Alessandro Nery (Kennesaw, Georgia)
23. Mark O'Shea (Cork, Ireland)
24. Tony Pang (Hong Kong, Hong Kong)
25. Marciano Ramautar (Rotterdam, Netherlands)
26. Patrick Brent Santiago (Quezon City, Philippines),
27. Luis A. Santiago (Luquillo, Puerto Rico)
28. Louis Shuker (Portsmouth, United Kingdom)
29. Mathias Smits (Antwerpen, Belgium)
30. Afonso Soares (Almada, Portugal)
31. Lehel Szabo (Band, Romania)
32. Pontus Thuné (Aneby, Sweden)
33. Bence Ujfalusi (Budapest, Hungary)
34. Justin Van Raamsdonk (Almere, Netherlands)
35. Lijo Varghese (Mumbai, United Arab Emirates)
36. Rodney Williams (Mira Loma, California)