# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Case #: 1:24-cv-07678

**Omar Aamer, et al**

Plaintiff

**vs.**

**Eden Gallery Group Ltd., et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

| | |
|---|---|
| PARTY SERVED: | **CETRA ART CORPORATION** |
| PERSON SERVED: | **ROSA ALLEN, FULFILLMENT SPECIALIST** |
| METHOD OF SERVICE: | **Corporate** - By delivering a true copy with the person identified above, who is authorized to accept or apparently in charge thereof. I informed said person of the contents therein. |
| DATE & TIME OF DELIVERY: | **10/24/2024 at 12:20 PM** |
| ADDRESS, CITY AND STATE: | **800 N. STATE STREET, #304, DOVER, DE 19904** |

Race: **White**   Sex: **Female**   Age: **30**
Height: **5'5"**   Weight: **150**   Hair: **Black**   Glasses: **Yes**

I affirm on 10/24/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*Rebecca Dressler* (signature)

Rebecca Dressler

CLIENT: **aSubpoena**
FILE #: **11977360**

Job #: **593705**