UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR AAMER, *et al.*,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>EDEN GALLERY GROUP LTD, CATHIA KLIMOVSKY, GUY MARTINOVSKY, GAL YOSEF, and CETRA ART CORPORATION,<br><br>                    Defendants. | No. 1:24-cv-07678-MMG<br><br>**APPEARANCE OF COUNSEL** |

To: The Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiffs Omar Aamer, Tekla Balfour-Browne, Görkem Beşler, Hermann Brönner, Kevin Burns, Craig Carter, Kashish Chabak, Fabio Colbrelli, Ashton Darsan, Michael Elyav, Sagi Franko, Igor Gransky, Frenando M. Henriques, Maximo Hoever, Troy Holmes, Saar Israeli, Edmond Kearney, Emoke Ivett Kepiro, Edlyn Maldonado, Sandra Margarint, Haig Matian, Alessandro Nery, Mark O'Shea, Tony Pang, Marciano Ramautar, Patrick Brent Santiago, Luis A. Santiago, Louis Shuker, Mathias Smits, Afonso Soares, Lehel Szabo, Pontus Thuné, Bence Ujfalusi, Justin Van Raamsdonk, Lijo Varghese, and Rodney Williams.

Dated: November 7, 2024
         New York, NY

                                        */s/ Joshua W. Ruthizer*
                                        Joshua W. Ruthizer
                                        jruthizer@wolfpopper.com
                                        WOLF POPPER LLP
                                        845 Third Avenue, 12th Floor
                                        New York, NY 10022
                                        Tel:   (212) 759-4600
                                        Fax:   (212) 486-2093