UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR AAMER, TEKLA BALFOUR-BROWNE, GÖRKEM BEŞLER, HERMANN BRÖNNER, KEVIN BURNS, CRAIG CARTER, KASHISH CHABAK, FABIO COLBRELLI, ASHTON DARSAN, MICHAEL ELYAV, SAGI FRANKO, IGOR GRANSKY, FRENANDO M. HENRIQUES, MAXIMO HOEVER, TROY HOLMES, SAAR ISRAELI, EDMOND KEARNEY, EMOKE IVETT KEPIRO, EDLYN MALDONADO, SANDRA MARGARINT, HAIG MATIAN, ALESSANDRO NERY, MARK O'SHEA, TONY PANG, MARCIANO RAMAUTAR, PATRICK BRENT SANTIAGO, LUIS A. SANTIAGO, LOUIS SHUKER, MATHIAS SMITS, AFONSO SOARES, LEHEL SZABO, PONTUS THUNÉ, BENCE UJFALUSI, JUSTIN VAN RAAMSDONK, LIJO VARGHESE, and RODNEY WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>EDEN GALLERY GROUP LTD, CATHIA KLIMOVSKY, GUY MARTINOVSKY, GAL YOSEF, and CETRA ART CORPORATION,<br><br>Defendants. | Case No.: 1:24-cv-07678-MMG<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

WHEREAS, on October 9, 2024, Plaintiffs Aamer et al. ("Plaintiffs") filed this action against Eden Gallery Group Ltd, Cathia Klimovsky, Guy Martinovsky, Gal Yosef, and Cetra Art Corporation (collectively, "Defendants");

WHEREAS, on January 6, 2025, Defendants moved to dismiss the Complaint;

WHEREAS, on January 10, 2025, the parties jointly requested that the Court adjourn the Court's scheduled Initial Pretrial Conference and extend the time for Plaintiffs to amend the Complaint in response to the motion to dismiss to February 7, 2025;

1

WHEREAS, on January 23, 2025, the Court issued an order adjourning the scheduled Initial Conference, extending the deadline to file an amended complaint to February 7, 2025;

WHEREAS, on February 7, 2025, the *Balfour-Browne v. Eden Fine Art NY Inc.*, No. 1:25-cv-1142 complaint (the "Balfour-Browne Complaint") was filed as related to this action;

WHEREAS, on February 28, 2025, the parties filed a Stipulation of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

WHEREAS, on March 3, 2025, the Clerk of the Court issued a Notice directing counsel to re-file the February 28, 2025 Stipulation with handwritten signatures.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

1. This action is dismissed in its entirety without prejudice to the rights of any party. The dismissal is effective immediately upon the filing of this stipulation with the Court, and no further order is required to effectuate the dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**SO STIPULATED.**

Dated: February 28, 2025
New York, NY

WOLF POPPER LLP
Chet B. Waldman
cwaldman@wolfopper.com
Joshua W. Ruthizer
jruthizer@wolfpopper.com
Matthew Insley-Pruitt
minsley-pruitt@wolfpopper.com
Justyn Millamena
jmillamena@wolfpopper.com
845 Third Avenue, 12th Floor
New York, NY 10022

MORRISON COHEN LLP
Jason P. Gottlieb
jgottlieb@morrisoncohen.com
Michael Mix
mmix@morrisoncohen.com
909 Third Avenue
New York, NY 10022
Tel: (212) 735-8837
Fax: (212) 735-8600

*Attorneys for Defendants*

Tel: (212) 759-4600
Fax: (212) 486-2093

Max Burwick
max@burwick.law
BURWICK LAW, PLLC
43 West 43rd Street, Suite 114
New York, NY 10036
Tel: (646) 762-1080
Fax: (855) 978-2710

*Attorneys for Plaintiff*